IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**KORBIN WAYNE PICKENS**                                                   **PETITIONER**

**v.**                                   **No. 1:21CV67-SA-RP**

**STATE OF MISSISSIPPI, ET AL.**                               **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion and final judgment issued today, the instant petition for a writ of *habeas corpus* is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted.

**SO ORDERED**, this, the 1st day of March, 2022.

                                                                 /s/ Sharion Aycock
                                                                 U. S. DISTRICT JUDGE